UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Diane Davis,
on behalf of herself and
all others similarly situated,

Civil No.: 00-798 JRT/FLN

Plaintiff,

vs.

**ORDER**

Gulf State Credit, L.L.C.,

Defendant.

---

Thomas J. Lyons, Jr. for Plaintiff.
Alana K. Bassin for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on Plaintiff's Motion to Strike Defendant's Rule 68 Offer of Judgment [#5].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Defendant's Rule 68 Offer of Judgment [#5] is **DENIED**.

DATED: May 25, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge



FILED MAY 3 0 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________