**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DIANE DAVIS,

Plaintiff,

v.

GULF STATE CREDIT, L.L.C.,

Defendant.

Civil 00-798 (JRT/FLN)

**ORDER OF REFERENCE**

---

Thomas J. Lyons, Jr., CONSUMER JUSTICE CENTER, 1560 Beam Avenue, Suite A, Maplewood, MN 55109, for plaintiff.

James F. Roegge and Alana K. Bassin, MEAGHER & GEER, 33 South Sixth Street, Ste 4200, Minneapolis, MN 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant's motion to dismiss [Docket No. 21] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: October 19, 2000
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED OCT 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________