UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV 00-798 JRT/FLN

Diane Davis,
on behalf of herself and
all others similarly situated,

Plaintiff,

-vs-

Gulf State Credit, L.L.C.,

Defendant.

**STIPULATION TO EXTEND THE DEADLINE FOR A CLASS CERTIFICATION MOTION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the deadline for filing a class certification motion will be extended from November 1, 2000 to December 1, 2000.

**ATTORNEY FOR PLAINTIFF**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #249646
1560 Beam Avenue
Suite A
Maplewood, Minnesota 55109-1171
(651) 770-9707

Dated: 10/13/00

**ATTORNEY FOR DEFENDANT**

By: ______________________
Alana K. Bassin (266589)
James F. Roegge (92678)
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661

Dated: 10/19/2000



FILED OCT 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

BY THE COURT:

Dated: Oct 23, 2000

Franklin L. Noel, Magistrate Judge
United States District Court